IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFREY WHEATLEY § | |
| § | |
| V. § | Civil Action No. 4:15-cv-00578 |
| § | |
| EXCEL MODULAR SCAFFOLD § | |
| AND LEASING CORPORATION § | |
| MARATHON OIL CORPORATION § | |
| AND MARATHON PETROLEUM § | |
| CORPORATION, L.P. § | |

**DEFENDANTS MARATHON OIL CORPORATION AND
MARATHON PETROLEUM CORPORATION'S
INITIAL DISCLOSURES**

TO: Plaintiff Jeffrey Wheatley, by and through his attorneys of record Kurt B. Arnold, Caj D. Boatright, and Kala Sellers, ARNOLD & ITKIN, L.L.P., 6009 Memorial Drive, Houston, Texas 77007.

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Defendants Marathon Petroleum Corporation ("Marathon Petroleum") and Marathon Oil Corporation ("Marathon Oil") serve the following Initial Disclosures:

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

   Jeffrey Wheatley, plaintiff
   Vincent Favata
   Moni Thomas
   Rene Vences
   Donald Granger
   Alfredo Quintanilla

   The above individuals are identified as current or former employees of Turner Industries Group, LLC, the contractor for whom plaintiff Jeffrey Wheatley was working at the time of the incident at issue in this lawsuit, and may have knowledge concerning the facts and circumstances surrounding the incident, Plaintiff's actions at the time of the incident, Turner's policies and procedures, safety standards, and activities leading up to the incident, as well as Plaintiff's alleged injuries.

Darwin Perren, Marathon, USW Co-Lead, Operator
Johnny King, Marathon, Salaried Co-Lead, Root Cause Investigator
Rick Hughes, Marathon Team Member, AU2/NDU Day Supervisor
Blanchard Refining Company LLC
2401 5th Avenue South
Texas City, Texas  77590

The above individuals are employees of Blanchard Refining Company, the owner of the refinery at issue in the lawsuit, and are members of the investigation team for the incident. They may have knowledge concerning the facts and circumstances surrounding the incident, communications with contractors regarding the incident, and the investigation and response thereto.

Jerome Stinson, Contractor, Team Member, Contractor Safety Supervisor

The above individual is a contractor for Blanchard Refining Company, the owner of the refinery at issue in the lawsuit, and was a member of the investigation team for the incident. He may have knowledge concerning the facts and circumstances surrounding the incident, communications with contractors regarding the incident, and the investigation and response thereto.

Dean Alanis

The above individual is an employee of Blanchard Refining Company, the owner of the refinery at issue in the lawsuit, and may have knowledge concerning the incident, safety bulletins issued after the incident, and communications with supervisors, employees, and Plaintiff following the incident.

**2.     A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in their possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

Defendants refer Plaintiff to documents produced in response to Plaintiff's request for production.  Defendants will supplement these disclosures, if necessary, in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

**3.     A computation of any category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based,  including materials bearing on the nature and extent of injuries suffered:**

Defendants are not asserting a claim for damages.

D0D5EA56BCFFA133: 0001

4.      For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

>Defendants refer Plaintiffs to documents produced in response to Plaintiff's requests for production.

Dated:  November 20, 2015

>Respectfully submitted,
>
>By:  */s/ Joel Z. Montgomery*
>     Joel Z. Montgomery
>     Texas Bar No. 24002361
>     Southern District ID No. 22130
>     **SHIPLEY SNELL MONTGOMERY LLP**
>     712 Main Street, Suite 1400
>     Houston, Texas 77002-3201
>     Telephone:  (713) 652-5920
>     Facsimile:   (713) 652-3057
>     jmontgomery@shipleysnell.com
>
>ATTORNEY-IN-CHARGE FOR DEFENDANTS MARATHON PETROLEUM CORPORATION AND MARATHON OIL CORPORATION

OF COUNSEL:

Laina R. Miller
Texas Bar No. 24037114
S.D. Tex. No. 36597
SHIPLEY SNELL MONTGOMERY LLP
712 Main Street, Suite 1400
Houston, Texas  77002-3201
Telephone:  (713) 652-5920
Facsimile:  (713) 652-3057
lmiller@shipleysnell.com

D0D5EA56BCFFA133: 0001

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record, in accordance with FED. R. CIV. P. 5(b)(2)(E), on November 20, 2015.

    Mr. Kurt B. Arnold
    Mr. Caj D. Boatright
    Ms. Kala Sellers
    ARNOLD & ITKIN LLP
    6009 Memorial Dr.
    Houston, Texas 77007
    karnold@arnolditkin.com
    cboatright@arnolditkin.com
    kflittner@arnolditkin.com
    eservice@arnolditkin.com
    *Attorneys for Plaintiff*
    **BY E-SERVICE**

    Mr. Steven O. Grubbs
    Mr. Jason D. Goff
    SHEEHY, WARE & PAPPAS, P.C.
    909 Fannin, Suite 2500
    Houston, Texas 77010
    sgrubbs@sheehyware.com
    jgoff@sheehyware.com
    *Attorneys for Excel Modular Scaffold and Leasing Corporation*
    **BY E-SERVICE**

                      */s/ Joel Z. Montgomery*
                      Joel Z. Montgomery